**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UTICA MUTUAL INSURANCE COMPANY and GENESIS INDEMNITY INSURANCE COMPANY,

Plaintiffs,

vs.

LMA UNDERWRITING AGENCY, INC. and CHRISTOPHER L. KITTLER,

Defendants.

Civ. No. CO-1605 JRT/FLN

**STIPULATION AND ORDER**

---

The parties, by and through their undersigned counsel, hereby stipulate and agree that the time for defendants LMA Underwriting Agency, Inc. and Christopher L. Kittler to answer, move, plead or otherwise respond to the Complaint in the above matter be extended until September 15, 2000.

Dated: September 12, 2000

**FREDRIKSON & BYRON, P.A.**

By ______________________

Laurie J. Miller (#135264)
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402-3397
Telephone: (612) 347-7132
Facsimile: (612) 347-7077

FILED SEP 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Doc# 1255794\1

- and-

Edward R. Conan
Brian J. Butler
**BOND, SCHOENECK & KING, LLP**
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 422-0121
Facsimile: (315) 422-6825

*ATTORNEYS FOR PLAINTIFFS*

Dated: September 13, 2000

**LINDQUIST & VENNUM P.L.L.P.**

By______________________
Randy G. Gullickson, #185607
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2205
Telephone: (612) 371-3211
Facsimile: (612) 371-3207

*ATTORNEYS FOR DEFENDANTS*

**IT IS SO ORDERED.**

DATED: Sept 15, 2000

**BY THE COURT:**

______________________
U.S. District Court Magistrate Judge