**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UTICA MUTUAL INSURANCE COMPANY, et al.,

Plaintiffs,

v.

LMA UNDERWRITING AGENCY, INC., et al.

Defendants.

Civil 00-1605 (JRT/FLN)

**ORDER OF RECUSAL**

---

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly, **IT IS ORDERED** that pursuant to the Court's Order for Assignment of Cases dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the patent list of the automated case assignment system.

DATED: 11/22/2000
at Minneapolis, Minnesota

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

FILED NOV 29 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Utica Mutual Insurance Company, et al

vs. 00-1605JMR/FLN

LMA Underwriting Agency, Inc., et al

The above-entitled action has been re-assigned to Judge James M. Rosenbaum and Magistrate Judge Franklin L. Noel still remains the same. Please use the above number when submitting documents to the Court for filing