UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Utica Mutual Insurance Company and
Genesis Indemnity Insurance Company,

Plaintiffs,

v.

LMA Underwriting Agency, Inc.
and Christopher L. Kittler,

Defendants.

Civil No. 00-1605 JRT/FLN

**ORDER**

---

Laurie J. Miller, Esq., Edward R. Conan, Esq., for Plaintiffs.
Mike Freeman, Esq., for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on September 10, 2001, on Plaintiffs' Motion to Compel Discovery & to Extend the Discovery Schedule [#13]. During the hearing, the Court learned that on September 7, 2001, the last business day before the hearing on Plaintiffs' discovery motion, Defendants delivered some discovery responses to Plaintiffs. Due to this eleventh hour production, Plaintiffs did not have an opportunity to review the documents and determine whether they were responsive to the discovery requests at issue. Accordingly, this Court granted Plaintiffs' request for costs and fees and ordered Plaintiffs to notify the Court in writing of whether the documents produced on September 7, 2001, were responsive to the interrogatories and document requests at issue.

On September 14, 2001, Plaintiffs submitted affidavits detailing costs and fees incurred in bringing this Motion. A total of $9,178.42 was requested. That sum represents: (1) 22 hours of Mr. Conan's time at $230 per hour; (2) 11.4 hours of Mr. Butler's time at $130 per hour; (3) 5.9 hours of Ms. Miller's time at $285 per hour; and (4) Mr. Conan's travel expenses of $954.92. Plaintiffs

FILED [illegible]
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

also submitted a letter informing the Court that the documents produced on September 7, 2001, were not responsive to all of Plaintiffs' discovery requests.

On September 17, 2001, Defendants responded that all available responsive documents were produced and they could not be compelled to produce what they did not have. Furthermore, Defendants agreed that: (1) they would be precluded from offering, on motion or at trial, any responsive documents not produced to date; and (2) the Pretrial Schedule be modified in the manner suggested by Plaintiffs.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants will remit to Plaintiff $3,466.92 representing costs, fees and expenses incurred in bringing this Motion. This sum represents: (1) 2 hours of Mr. Conan's time; (2) 2 hours of Ms. Miller's time; (3) 11.4 hours of Mr. Butler's time; and (4) all of Mr. Conan's travel expenses. The sanction shall be paid forthwith and Defendants are cautioned that future failure to comply with discovery obligations or failure to comply with orders of the Court will expose them to more severe sanctions;

2. Defendants are precluded from offering, on motion or at trial, any responsive documents not produced by September 7, 2001;

3. The Pretrial Schedule is modified as follows: (a) all discovery shall be commenced in time to be completed by November 1, 2001; (b) all non-dispositive motions and supporting documents, including those which relate to discovery, shall be served by December 1, 2001; (c) all dispositive motions shall be filed prior to January 1, 2002; and (d) the case shall be ready for trial no later than March 1, 2002.

DATED: Oct. 4, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500