UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Utica Mutual Insurance Company and
Genesis Indemnity Insurance Company,

Plaintiffs,

v.

LMA Underwriting Agency, Inc.
and Christopher L. Kittler,

Defendants.

Civil No. 00-1605 JRT/FLN

**ORDER**

---

Laurie J. Miller, Esq., Edward R. Conan, Esq., for Plaintiffs.
Mike Freeman, Esq., for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on September 10, 2001, on Plaintiffs' Motion to Compel Discovery & to Extend the Discovery Schedule [#13].

Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that

1. Insofar as the Motion seeks costs and fees it is **GRANTED**. Plaintiffs shall submit an affidavit to the Court setting forth costs and fees incurred in bringing this Motion no later than Friday, September 14, 2001;

2. Plaintiffs shall also notify the Court in writing of whether the documents Defendants produced on September 7, 2001, are responsive to the interrogatories and document requests at issue in this Motion. If not, Plaintiffs shall indicate so in their submission, at which time the Court will determine whether a further hearing is necessary.

DATED: Oct 4, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED OCT 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500