**IN UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UTICA MUTUAL INSURANCE COMPANY and GENESIS INDEMNITY INSURANCE COMPANY,

Plaintiff(s),

vs.

LMA UNDERWRITING AGENCY, INC. and CHRISTOPHER L. KITTLER,

Defendant(s).

Court File No. C0-1605 JMR/FLN

**STIPULATION OF COUNSEL**

The counsel for the parties set forth above jointly agree and stipulate as to the following facts:

1. The parties just received transcripts of key depositions in this matter.

2. This is a document intensive case, and the parties settlement negotiations and analyses continue to require careful review and cross-referencing of more than a thousand documents, some of which were produced by non-parties at the end of October.

3. The parties are actively involved in settlement negotiations and have exchanged several proposals.

4. The deadlines set by the Court in its Order of October 9, 2001, were very short and extremely difficult to meet.

5. One month extensions to the motions and trial readiness deadlines should afford counsel and the parties the opportunity to negotiate a settlement.

THEREFORE, counsel jointly request that the Court:



Doc# 1453816\1

NOV 29 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. Extend by one month the deadline for serving non-dispositive motions and supporting documents, including those relating to discovery to January 1, 2002.

2. Extend by one month the deadline for filing dispositive motions to February 1, 2002.

3. Extend by one month the date by which this case shall be deemed ready for trial to April 1, 2001.

Dated: Nov 20, 2001

**LINDQUIST & VENNUM P.L.L.P.**

By [signature]

Michael O. Freeman (Atty. Lic. #0031860)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207

*ATTORNEY FOR DEFENDANTS*

**BOND, SCHOENECK & KING, LLP**

Edward R. Conan
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 422-0121
Facsimile: (315) 422-6825

Dated: Nov. 20, 2001

**FREDRIKSON & BYRON, P.A.**

By [signature]

Laurie J. Miller (#135264)
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
Telephone: (612) 347-7132
Facsimile: (612) 347-7077

*ATTORNEYS FOR PLAINTIFFS*

SO ORDERED:

[signature]



Doc# 1453816\1

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500