02/01/2002 13:08 FAX 315 422 6825 003
JAN 25 2002 16:00 FR TO 1535#450411#0004 P.03/04
01/24/2002 16:33 FAX 315 422 6825 BOND SCHOENECK KING 002

IN UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UTICA MUTUAL INSURANCE COMPANY and GENESIS INDEMNITY INSURANCE COMPANY,

Plaintiffs,

vs.

LMA UNDERWRITING AGENCY, INC. and CHRISTOPHER L. KITTLER,

Defendants.

Court File No. C0-1605 JMR/FLN

**STIPULATION AND ORDER**

After discussion and negotiation, counsel for the parties set forth above, in order to effectuate discovery and prepare a full record for the Court, hereby stipulate and agree as follows:

1. The time for Defendants to comply with the Court's Order concerning discovery and the production of additional requested documents will be February 1, 2002.

2. Defendants' time to serve their papers in opposition to Plaintiffs' motion for summary judgment will be January 31, 2002.

3. Ronald Reavis and Christopher Kittler will appear at the law offices of Fredrikson & Byron on February 8, 2002 commencing at 9:30 a.m. for follow-up depositions on the newly produced documents and the sources and uses of funds by Frontline Processing and Tatanka Land & Livestock, LLC.

4. Plaintiffs' summary judgment reply papers, which may include reply declarations, affidavits and exhibits, will be served and filed, together with the remaining original summary judgment motion papers on February 28, 2002.

FEB 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

769440.01

5. It is the understanding of the parties that the current trial ready date of March 1, 2002 will not interfere with the District Court's hearing and decision on the summary judgment motion set forth above.

Dated: January 24, 2002

BOND, SCHOENECK & KING, LLP

By: [signature]
Edward R. Conan
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 422-0121
Facsimile: (315) 422-6825

Attorneys for Plaintiffs

LINDQUIST & VENNUM P.L.L.P.

By: [signature]
Michael O. Freeman (Atty. Lic. 031860)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207

Attorneys for Defendants

IT IS SO ORDERED:

[signature]
United States Magistrate Judge Franklin L. Noel

Dated: 2/1/02