UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

| | |
|---|---|
| **UTICA MUTUAL INSURANCE COMPANY and GENESIS INDEMNITY INSURANCE COMPANY,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**LMA UNDERWRITING AGENCY, INC., and CHRISTOPHER L. KITTLER,**<br><br>**Defendants.** | Case Number 00-1605 JMR/FLN<br><br>[redacted] **ORDER** |

Based upon all the files, records and proceedings herein, and upon the memoranda and arguments of counsel, it is hereby ORDERED as follows:

1. The motion of Plaintiffs Utica Mutual Insurance Company and Genesis Indemnity Insurance Company to compel discovery by Defendants LMA Underwriting Agency, Inc. and Christopher L. Kittler, and for an award of costs and sanctions is hereby granted.

2. Defendants and each of them are Ordered to produce, on or before [redacted] **[February 1, 2002]**: (a) all documents responsive to paragraphs 8, 9 and 11 of Plaintiffs' First Document Request (December 14, 2000), including but not limited to: (i) LMA's complete general ledgers (i.e., all account IDs from 10000 to 99900) for the years 1996 to the present; (ii) LMA's Cash Disbursement Journal for the periods 1/1/97 through 12/31/97 and 1/16/99 through 12/1/99; (iii) LMA's Purchase Journal, Payroll Journal and General Journal for the period 1/1/97 through 12/31/01; and (iv) all documents constituting or relating to LMA's financial statements for the years 1996 to the present that were compiled, prepared, reviewed, or commented upon by any accountants or outside auditors, including the

FILED FEB 01 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

firm of Kelley & Muehler; (b) LMA's corporate minute book, including the stock transfer ledger; and (c) all documents constituting or relating to all financial statements of Frontline Processing Corporation, whether prepared internally or compiled, reviewed or audited by any third party, for the years 1998 to the present;

3. Defendants and each of them shall respond fully and forthrightly to Plaintiffs' deposition questions concerning the sources and uses of funds by or for Frontline Processing Corporation and Tatanka Land & Livestock, LLC and the documents referenced in paragraphs 1 and 2 above, at a time and in a manner sufficient to enable Plaintiffs to offer such testimony at the hearing on Plaintiffs' motion for summary judgment;

4. Defendants and each of them shall preserve all LMA computer records, including all records stored on or in computer hard drives, tapes, disks or machine readable files, pending further order of this Court;

5. Defendants and each of them shall pay all costs and fees incurred by Plaintiffs in making and appearing on this motion and in conducting the further deposition of Defendants, as ordered in paragraph 3 hereof; and

6. Defendants and each of them shall pay sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure in the amount of $ 10,325.27, and are further sanctioned as follows:

DATED ON: January 31, 2002

BY THE COURT:

Honorable Franklin L. Noel
Chief United States Magistrate Judge