**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**UTICA MUTUAL INSURANCE COMPANY and GENESIS INDEMNITY INSURANCE COMPANY,**

**Plaintiffs,**

v.

**LMA UNDERWRITING AGENCY, INC., and CHRISTOPHER L. KITTLER,**

**Defendants.**

Case Number: 00-1605 JMR/FLN

**STIPULATION AND ORDER OF DISMISSAL**

The parties, by their undersigned counsel of record, hereby stipulate and agree pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the above-captioned action shall be, and is hereby, dismissed in its entirety, with prejudice.

Dated: February 4, 2002

BOND, SCHOENECK & KING, LLP

By: [signature]
Edward R. Conan
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 422-0121
Facsimile: (315) 422-6825

-and-

FREDRIKSON & BYRON, P.A.

By: [signature]
Kent G. Harbison
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
Telephone: (612) 347-7132
Facsimile: (612) 347-7077

Attorneys for Plaintiffs

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED MAR 19 2002
DEPUTY CLERK'S INITIALS ______

762632.01

LINDQUIST & VENNUM P.L.L.P.

By: ______________________________
Michael O. Freeman
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211

Attorneys for Defendants

**ORDER**

Based on the stipulation of the parties, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed, with prejudice.

LET JUDGMENT ENTER ACCORDINGLY.

Dated: March 11th, 2002

Chief Judge James Rosenbaum